# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fingerhut Business Services

Case No. Civil 01-65JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

eToys Inc. and eToys Distribution

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's motion for vacate or modify the arbitration award is **DENIED**; respondents' motion to confirm the arbitration award is **GRANTED** and judgment is entered against the petitioner is the sum of $2,512,202; each side shall bear their own costs and attorney's fees. The AAA costs, including the fees of the neutral arbitrator, shall be split evenly between the parties.

DATE: September 6, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Denise LaFond, Deputy Clerk